**SEALED**

1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

AUG 1 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION      CASE NO. 2:19-SW 0720-____ EFB
   OF THE UNITED STATES OF AMERICA
12 FOR A SEARCH WARRANT
   CONCERNING:                           [PROPOSED] ORDER RE: REQUEST TO SEAL
13                                        DOCUMENTS
14  3 Electronic Devices, currently located in the
      evidence control room in the Roseville,   UNDER SEAL
15   California, Office of the Federal Bureau of
                   Investigation
16

17

18                      **SEALING ORDER**

19     Upon application of the United States of America and good cause having been shown,

20     IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

21 search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any

22 person, unless otherwise ordered by this Court.

23

24 Dated:  8-16-2019                    _____
                                        Hon. Edmund F. Brennan
25                                      U.S. MAGISTRATE JUDGE
26

27

28

                                    1